# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140301

BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellant,

v

ALLSTATE INSURANCE COMPANY,
      Defendant-Appellee.

SC: 140301
COA: 286087
Kalamazoo CC: 08-000066-NF

_____/

## AMENDMENT TO ORDER

On order of the Court, the order of May 20, 2011 is amended to correct a clerical error by adding, after the text thereof, the following:

MARILYN KELLY, J., would reverse the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2011

_____
Clerk

0523